IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BURBAGE | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 11-CV-3232 |
| UNITED PARCEL SERVICE, INC. | : | |
| Defendant. | : | |

### STIPULATION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that the parties shall have an additional forty-five (45) days to complete fact discovery and that the previously scheduled mediation date of April 4, 2012 shall be rescheduled for May 2012 at a date and time to be determined among the parties and Magistrate Judge Wells. In all other respects, the deadlines set forth in this Court's Amended Scheduling Order dated January 6, 2012 (Document No. 17) remain in effect.

Respectfully submitted by:

| | |
|---|---|
| s/ Matthew B. Weisberg<br>Matthew B. Weisberg, Esq.<br>Graham F. Baird, Esq.<br>Weisberg Law, P.C.<br>7 S. Morton Ave.<br>Morton, PA 19070<br>(610) 690-0801<br><br>*Attorneys for Plaintiff*<br><br>Dated: March 23, 2012 | s/ Miriam S. Edelstein<br>Gary M. Tocci<br>Jonathan R. Nadler<br>Miriam S. Edelstein<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 851-8100<br>(215) 851-1420 (fax)<br><br>*Attorneys for Defendant*<br><br>Dated: March 23, 2012 |

APPROVED AND SO ORDERED:
MARCH 26, 2012

*/s/ Joel Slomsky, J.*